UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:23-cv-455

JESSE KALINSKI,

    Plaintiff,

vs.

NORTH FLORIDA EPOXY
FLOORS, LLC AND BRANDON
W. TUTEN,

    Defendants.
_____/

## NOTICE OF APPEARANCE

Toussaint Cummings, Esq., of the FairLaw Firm, notifies the Court and all parties of his appearance in this action as counsel for plaintiff, Jesse Kalinski, and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Dated this 18th day of April 2023.

                                                  s/ Toussaint Cummings, Esq.
                                                Toussaint Cummings, Esq. (119877)
                                                toussaint@fairlawattorney.com
                                                FAIRLAW FIRM
                                                135 San Lorenzo Avenue
                                                Suite 770
                                                Coral Gables, FL 33146
                                                Tel: (305) 230-4884
                                                *Counsel for Plaintiff*