# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 3:23-CV-455-MMH-JBT

Plaintiff:
**JESSE KALINSKI**

vs.

Defendant:
**NORTH FLORIDA EPOXY FLOORS, LLC AND BRANDON W. TUTEN**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 31st day of May, 2023 at 12:35 pm to be served on **NORTH FLORIDA EPOXY FLOORS, LLC by serving Brandon W. Tuten, Registered Agent/MGR, 3021 Marbon Estates Lane S., Jacksonville, FL 32223**.

I, Cynthia Brown, do hereby affirm that on the **23rd day of June, 2023** at **10:35 am, I:**

SERVED the within named LLC by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me to **CATLIN HIDDA** as **MEMBER OF HOUSEHOLD OF BRANDON W. TUTEN** for **NORTH FLORIDA EPOXY FLOORS, LLC** service being made at **3021 Marbon Estates Lane S., Jacksonville, FL 32223** pursuant to F.S. 48.062.

**Additional Information pertaining to this Service:**
Address is a residence

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'4, Weight: 150, Hair: Blonde, Glasses: Y

## RETURN OF SERVICE For 3:23-CV-455-MMH-JBT

I certify that I am over the age of 18, have no interest in the above action, and am a Duly Appointed Special Process Server, in good standing, in the judicial circuit in which the process was served.

*[signature]*

Cynthia Brown
ID # 253

Miami PSPI, LLC
1800 Coral Way, Suite 451511
Miami, FL 33145
(305) 285-4321

Our Job Serial Number: NAY-2023000966

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1t

6/23/23 10:35a
CB #253

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:23-cv-455-MMH-JBT

JESSE KALINSKI,

    Plaintiff,

vs.

NORTH FLORIDA EPOXY
FLOORS, LLC AND BRANDON
W. TUTEN,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:    NORTH FLORIDA EPOXY FLOORS, LLC
c/o LEON SCHIGIEL, its Registered Agent
3200 N.W. 77TH COURT
MIAMI, FL 33122

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Brian H. Pollock, Esq.
    FairLaw Firm
    135 San Lorenzo Avenue
    Suite 770
    Coral Gables, FL 33146
    Tel:    (305) 230-4884
    brian@fairlawattorney.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: April 19, 2023                    CLERK OF COURT    Barbara Rothermel

                                                                     Signature of Clerk or Deputy Clerk