# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 3:23-CV-455-MMH-JBT

Plaintiff:
**JESSE KALINSKI**

vs.

Defendant:
**NORTH FLORIDA EPOXY FLOORS, LLC AND BRANDON W. TUTEN**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 19th day of June, 2023 at 3:43 pm to be served on **BRANDON W. TUTEN, 3021 Marbon Estates Lane S., Jacksonville, FL 32223**.

I, Cynthia Brown, do hereby affirm that on the **23rd day of June, 2023** at **10:35 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR FLSA OVERTIME WAGE VIOLATION(S)** with the date and hour of service endorsed thereon by me, to: **CATLIN HIDDA** as **MEMBER OF HOUSEHOLD** at the address of: **3021 Marbon Estates Lane S., Jacksonville, FL 32223**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with F.S. 48.031.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'4, Weight: 150, Hair: Blonde, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Duly Appointed Special Process Server, in good standing, in the judicial circuit in which the process was served.

Cynthia Brown
ID # 253

Miami PSPI, LLC
1800 Coral Way, Suite 451511
Miami, FL 33145
(305) 285-4321

Our Job Serial Number: NAY-2023001112

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.1t

6/23/23   10:35 A
  CB   #233

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:23-cv-455-MMH-JBT

JESSE KALINSKI,

    Plaintiff,

vs.

NORTH FLORIDA EPOXY
FLOORS, LLC AND BRANDON
W. TUTEN,

    Defendants.
_____/

## SUMMONS IN A CIVIL ACTION

TO:   Brandon W. Tuten
        403 N.W. BLVD.
        MIAMI, FL 33126

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                Brian H. Pollock, Esq.
                FairLaw Firm
                135 San Lorenzo Avenue
                Suite 770
                Coral Gables, FL 33146
                Tel:   (305) 230-4884
                brian@fairlawattorney.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  **April 19, 2023**                *CLERK OF COURT*   Barbara Rotherme[l]

                                                               Signature of Clerk or Deputy Clerk