UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 3:23-cv-455-MMH-JBT

JESSE KALINSKI,

    Plaintiff,

vs.

NORTH FLORIDA EPOXY
FLOORS, LLC AND BRANDON
W. TUTEN,

    Defendants.

## NOTICE OF STRIKING ECF NO. 8

Plaintiff, Jesse Kalinski, notices the Court and all parties of striking the Notice of Return of Service [ECF No. 8], as having been filed in error.

Respectfully submitted this 27th day of June 2023.

    /s/Brian H. Pollock, Esq.
    Brian H. Pollock, Esq.  (174742)
    brian@fairlawattorney.com
    FAIRLAW FIRM
    135 San Lorenzo Ave.
    Suite 770
    Coral Gables, FL 33146
    Tel:   305.230.4884
    *Counsel for Plaintiff*