UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO.: 3:23-cv-455-MMH-JBT

JESSE KALINSKI,

      Plaintiff,

vs.

NORTH FLORIDA EPOXY
FLOORS, LLC AND
BRANDON W. TUTEN,

      Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**

Plaintiff, Jesse Kalinski, identifies the following persons and entities with an interest in the outcome of this action, as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a) Jesse Kalinski – Plaintiff;

    b) Brian H. Pollock, Esq. – counsel for Plaintiff;

    c) Toussaint Cummings, Esq. – counsel for Plaintiff;

    d) Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiff;

1

      e)      North Florida Epoxy Floors, LLC – Defendant;

      f)      Brandon W. Tuten – Defendant;

      g)      Richard Margulies, Esq. – counsel for Defendants;

      h)      Jackson Lewis P.C. – counsel for Defendants.

**2.** **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

    None known to Plaintiff.

**3.** **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

    None known to Plaintiff.

**4.** **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

    Plaintiff, Jesse Kalinski.

**5.** **Check one of the following:**

    __X__ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

                   **-or-**

    ____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

Dated this 20th day of July 2023.

Respectfully submitted,

<u>Brian H. Pollock, Esq.</u>
Brian H. Pollock, Esq.  (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave.
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*