UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO.: 3:23-CV-455-MMH-JBT

JESSE KALINSKI,

     Plaintiff,

vs.

NORTH FLORIDA EPOXY
FLOORS, LLC AND
BRANDON W. TUTEN,

     Defendants.
_____/

## NOTICE of FILING ANSWERS TO COURT'S INTERROGATORIES

1. During what period of time were you employed by the Defendant?

    **Answer:**    **I worked for the Defendants from approximately November 21, 2022 through January 24, 2023.**

2. Who was your immediate supervisor?

    **Answer:**    **Brandon W. Tuten supervised me in my work.**

3. Did you have a regularly scheduled work period? If so, specify.

    **Answer:**    **I usually worked weekdays, a few Saturdays, and an occasional Sunday.**

4. What was your title or position? Briefly describe your job duties.

    **Answer:**    **I worked as a "Floor Technician" for the Defendants. I would drive to Mr. Tuten's home to retrieve the work vehicle. I was responsible for driving to and from the worksites, picking up supplies and charging them to the Defendants' account, keeping the tools clean and working properly, grinding concrete floors using floor grinders (either handheld or machines to make the concrete floors we were coating level and flat, mixed two-part epoxy, laying out the epoxy, and then cleaned up the tools**

**before driving back to Mr. Tuten's home at the end of the workday to unload the truck.**

5. What was your regular rate of pay?

    **Answer:**    **Defendants paid me $18 per hour.**

6. Provide an accounting of your claim, including:

    (a) dates: **November 21, 2022 to January 24, 2023**

    (b) regular hours worked: **505 hours**

    (c) over-time hours worked: **133.5 hours**

    (d) pay received versus pay claimed: **Received $9,090.00**

    (e) total amount claimed: **$1,201.50 unliquidated, and exclusive of attorney's fees and costs.**

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

    **Answer:**    **I complained to Mr. Tuten about not being paid overtime a couple weeks before he fired me.**

8. Was this complaint written or oral? (If a written complaint, please attach a copy).

    **Answer:**    **Oral.**

9. What was your employer's response? (If a written response, please attach a copy).

    **Answer:**    **Mr. Tuten told me he doesn't pay overtime.**

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884  FAX 305.230.4844
www.fairlawattorney.com

10. Did you maintain any records of the hours you worked? If so, identify all such records.

> Answer: Yes; I have records of the hours I worked from the software Defendants required me to use to track my time. Those records were provided to Defendants' counsel on July 17, 2023.

STATE OF FLORIDA                                     Jesse Kalinski:

COUNTY OF Duval _____                             _____, 8/1/23

The foregoing instrument was acknowledged before me by means of ✓ physical presence or ___ online notarization, by Jesse kalinski , who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me by means of ✓ physical presence or ___ online notarization, on this 1st day of ____August____, 2023.

RAVEN JONES
Commission # HH 055164
Expires October 20, 2024
Bonded Thru Budget Notary Services

NOTARY PUBLIC

3

Dated this 1st day of August 2023.

Respectfully submitted,

Brian H. Pollock, Esq.
Brian H. Pollock, Esq.  (174742)
brian@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Ave.
Suite 770
Coral Gables, FL 33146
Tel:    305.230.4884
*Counsel for Plaintiff*
