UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JESSE KALINSKI,

Plaintiff,

v.                                             CASE NO.: 3:23-cv-455-MMH-JBT

NORTH FLORIDA EPOXY
FLOORS, LLC, AND BRANDON
W. TUTEN,

Defendants.
_____/

### DEFENDANTS' NOTICE OF APPEARANCE AS LEAD COUNSEL

Richard N. Margulies of the law firm of Jackson Lewis P.C., and pursuant to Local Rule 2.02(a), hereby files this, his Notice of Appearance as lead counsel for the Defendants in the above-referenced matter and requests that all future pleadings, briefs, notices, Orders, or documents of whatever kind be served upon him at the below listed address.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

DATED this 2nd day of August, 2023.

> JACKSON LEWIS P.C.
> 501 Riverside Avenue, Suite 902
> Jacksonville, FL  32202
> Telephone:  (904) 638-2655
> Facsimile: (904) 638-2656
>
> By: */s/ Richard N. Margulies*
> Richard Margulies
> Florida Bar No. 607487
> Richard.Margulies@jacksonlewis.com
>
> *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of August, 2023, the foregoing was electronically filed with the Court by using the CM/ECF system, which serves electronic notification on the following counsel of record:

Brian H. Pollock, Esq.
FairLaw Firm
135 San Lorenzo Ave., Suite 770
Coral Gables, FL 33146
brian@fairlawattorney.com

> */s/ Richard N. Margulies*
> Attorney

4889-4429-9636, v. 1