## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JESSE KALINSKI,

        Plaintiff,

v.                                          Case No.   3:23-cv-455-MMH-JBT

NORTH FLORIDA EPOXY
FLOORS, LLC and
BRANDON W. TUTEN,

        Defendants.

_____

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Agreed Motion to Conduct Informal Settlement Conference by Videoconference (Dkt. No. 18; Motion) filed on August 10, 2023.   In the Motion, Plaintiff seeks permission to conduct the settlement conference by video conference.   See generally Motion.   Plaintiff represents to the Court that Defendant agrees with the relief requested in the Motion.   See id. at 4.   After due consideration, it is

**ORDERED:**

1. Plaintiff's Agreed Motion to Conduct Informal Settlement Conference by Videoconference (Dkt. No. 18) is **GRANTED, in part, and DENIED, in part**.

2. The Motion is **GRANTED** to the extent that the parties are free to conduct a settlement conference (or conferences) via video conference in advance of the Court's deadline for the in-person meeting.

3. The Motion is **DENIED** to the extent that the parties seek to dispense with the in-person meeting.   If settlement efforts via video conference (or otherwise) are unsuccessful, the parties must conduct an in-person settlement conference as ordered by the Court.   See FLSA Scheduling Order (Dkt. No. 6).

**DONE AND ORDERED** in Jacksonville, Florida this 14th day of August, 2023.

**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record