UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO.: 3:23-CV-455-MMH-JBT

JESSE KALINSKI,

    Plaintiff,

vs.

NORTH FLORIDA EPOXY FLOORS, LLC
AND BRANDON W. TUTEN,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Jesse Kalinski, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

Dated this 5th day of September 2023.

                                          Brian H. Pollock, Esq.
                                          Brian H. Pollock, Esq. (174742)
                                          brian@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue
                                          Suite 770
                                          Coral Gables, FL 33146
                                          Tel:   305.230.4884
                                          *Counsel for Plaintiff*