UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JESSE KALINSKI,

    Plaintiff,

v().                                     Case No.   3:23-cv-455-MMH-JBT

NORTH FLORIDA EPOXY
FLOORS, LLC and
BRANDON W. TUTEN,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE AND REFERENCE

**THIS CAUSE** is before the Court on the Notice of Settlement (Dkt. No. 22; Notice) filed on September 5, 2023. In the Notice, the Plaintiff advises the Court that the parties have reached a settlement in this matter. See Notice at 1. Accordingly, it is hereby

**ORDERED:**

1. The Court notes that this case was brought under the Fair Labor Standards Act (FLSA). FLSA provisions are mandatory, not subject to negotiation or bargaining between employers and employees, and not subject to waiver. See Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir.

1982). Therefore, the parties will be required to submit settlement documents for the Court's review, if the claim or claims have been compromised, or other appropriate dismissal documents.[1]

2. The parties shall have until **November 6, 2023**, to file the appropriate documents to close out this file.

3. In accordance with this Court's Scheduling Order, any motion for approval of a settlement reached by the parties is referred to the assigned magistrate judge for the preparation of a Report and Recommendation as to whether such settlement is a "fair and reasonable resolution of a bonafide dispute" over FLSA issues. See Lynn's Food Stores, 679 F.2d at 1354-55. **If the parties wish to expedite the resolution of any such motion by allowing the magistrate judge to enter an order on the motion rather than preparing a Report and Recommendation to be considered by the undersigned, the parties may consent to the magistrate judge conducting all remaining proceedings**

---

[1] However, if the parties have settled this matter without compromise, they may file a stipulation of dismissal in accordance with Rule 41, Federal Rules of Civil Procedure, to close this file.

**in this action, including entry of judgment and any post judgment matters**.[2]

4. The Clerk of the Court is directed to terminate all pending motions and administratively close this case pending further Order.

**DONE AND ORDERED** in Jacksonville, Florida this 6th day of September, 2023.

*[Signature]*
MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Assigned Magistrate Judge

---

[2] The consent form may be found on the Court's website at www.flmd.uscourts.gov under Forms, AO 85. Please note that all parties must execute the same form.