UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASE NO.: 3:23-cv-455-MMH-JBT

JESSE KALINSKI,

    Plaintiff,

vs.

NORTH FLORIDA EPOXY FLOORS, LLC
AND BRANDON W. TUTEN,

    Defendants.
_____/

## JOINT CONSENT TO U.S. MAGISTRATE JUDGE JURISDICTION

    In accordance with the provisions of 28 U.S.C. §636(c), the undersigned parties voluntarily waive their right to proceed before a District Judge of this Court and consent to have the United States Magistrate Judge currently assigned to these proceedings (Magistrate Judge Hon. Joel B. Toomey) conduct all further proceedings in this case, including the trial and order the entry of a final judgment. The parties do not consent to reassignment to any other or successor Magistrate Judge.

    Dated this 16th day of October 2023.

| | |
|---|---|
| s/Brian H. Pollock, Esq. | s/ Richard N. Margulies, Esq. |
| Brian H. Pollock, Esq. (174742) | Richard Margulies, Esq. (607487) |
| brian@fairlawattorney.com | Richard.Margulies@jacksonlewis.com |
| FAIRLAW FIRM | JACKSON LEWIS P.C. |
| 135 San Lorenzo Avenue | 501 Riverside Avenue |
| Suite 770 | Suite 902 |
| Coral Gables, FL 33146 | Jacksonville, FL 32202 |
| Tel:   305.230.4884 | Tel: (904) 638-2655 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |