# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

JESSE KALINSKI,

    Plaintiff,

v.                              Case No.   3:23-cv-455-MMH-JBT

NORTH FLORIDA EPOXY
FLOORS, LLC and
BRANDON W. TUTEN,

    Defendants.

## REFERENCE ORDER

**THIS CAUSE** is before the Court on the Joint Consent to U.S. Magistrate Judge Jurisdiction (Dkt. No. 26; Consent) filed on October 16, 2023. In the Consent, the parties advise the Court that they consent to the assigned Magistrate Judge to conduct all further proceedings in this matter. See Consent at 1. Counsel for all parties executed the Consent.[1] Accordingly, it is

**ORDERED:**

---

[1] Counsel are advised that in the future, to avoid unnecessary delay, they should indicate their consent to referral utilizing the form found on the Court's website at www.flmd.uscourts.gov under Forms, AO 85.

This case is referred to the assigned United States Magistrate Judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

**DONE AND ORDERED** in Jacksonville, Florida this 18th day of October, 2023.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record